IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EARL DEXTER HOWARD,

    Petitioner,

v.                                      Cause No. 5:07cv285-RS/AK

JAMES MCDONOUGH,

    Respondent.

## ORDER TRANSFERRING CAUSE INTRADISTRICT

This cause is before the Court on Petitioner's petition for writ of habeas corpus in which he challenges his conviction out of the Circuit Court of Alachua County. Doc. 1

Rule 3.1(C) of the Local Rules for the Northern District of Florida provides that a case in which venue properly lies in this district may be transferred to another division by order of the Court. Because Alachua County is in the Gainesville Division of this Court, intradistrict transfer is appropriate.

Accordingly, it is **ORDERED**:

That the Clerk of Court shall forthwith **TRANSFER** this action to the Gainesville Division of this Court for all further proceedings.

**DONE AND ORDERED** this 5th day of December, 2007.

                                      S/A. Kornblum
                                      **ALLAN KORNBLUM**
                                      **UNITED STATES MAGISTRATE JUDGE**