# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**EARL DEXTER HOWARD,**

    Petitioner,

vs.                                        **CASE NO. 1:07cv251-MMP/AK**

**WALTER MCNEIL,**

    Respondent.

_____/

## ORDER

This cause is before the Court on Respondent's motion for extension of time to file his response to the petition for writ of habeas corpus. Doc. 13. Having carefully considered the matter, the Court finds the motion is well taken, and it is **GRANTED**. Respondent shall file his response to the petition no later than **June 23, 2008. Respondent is advised that no further extensions of time shall be granted absent a showing of exigent circumstances.** Petitioner may file a reply no later than **July 23, 2008.**

    **SO ORDERED** this _14th_ day of May, 2008.

                                                      _s/ A. KORNBLUM_
                                                      **ALLAN KORNBLUM**
                                                      **UNITED STATES MAGISTRATE JUDGE**