IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EARL DEXTER HOWARD,

    Petitioner,

v.                                                        CASE NO. 1:07-cv-251-MMP-AK

WALTER MCNEIL,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 16, Respondent's Motion for Extension of Time to File Response.  Having carefully considered the matter, the Court finds the motion is well taken and it is **GRANTED**.  Respondent shall file his response no later than **July 14, 2008**. **Respondent is cautioned that no further extensions of time shall be granted absent a showing of exigent circumstances**.  Petitioner may file a reply no later than **August 14, 2008**.

    **DONE AND ORDERED** this   *24*<sup>th</sup>   day of June, 2008.


                                          *s/ A. KORNBLUM*
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**